UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01531-JDP (PC)<br><br>ORDER |

  Plaintiff, a represented prisoner, brings this civil rights action against CDCR and various prison medical personnel. ECF No. 1. Before the court had an opportunity to screen the complaint—as required by 28 U.S.C. § 1915A—CDCR filed a motion to dismiss. ECF No. 6.

  The court is required to screen all actions brought by prisoners who seek relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A. As the court has yet to screen plaintiff's complaint, CDCR's motion to dismiss is denied as premature. *See Gibbons v. Arpaio*, No. cv 07-1456 PHX SMM (JCG), 2007 WL 2990151, at *2 (D. AZ. Oct. 11, 2007) (denying a motion to dismiss as premature because the court had not screened the complaint); *Rodriguez v. Taiarol*, No. 2:21-cv-1958-DB (P), 2023 WL 2432490, at *1 (E.D. Cal. Mar. 9, 2023) (same). The court will screen the complaint in due course and defendant may

renew its motion to dismiss if appropriate.

Accordingly, it is hereby ORDERED that CDCR's motion to dismiss, ECF No. 6, is denied without prejudice to renewal after the court has screened the complaint.

IT IS SO ORDERED.

Dated: ___September 19, 2023___  _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE